# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3141
LT Case No. 2021-CF-2241-A

_____

LORENZO MARIO MCINTOSH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Lorenzo Mario McIntosh, Wewahitchka, pro se.

No Appearance for Appellee.

January 23, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., JAY, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————